# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

ALVARO E. MOLINA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1395

————————————————

May 10, 2024

Appeal from the Circuit Court for Hillsborough County; Barbara Twine-Thomas, Judge.

Howard L. Dimmig, II, Public Defender and Megan Olson, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee and Marilyn Frances Muir, Chief Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

KELLY, KHOUZAM, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.